UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**LEE VANDIVIER,**

    **Plaintiff,**

**V.**

**CORNING INCORPORATED BENEFITS COMMITTEE and METLIFE,**

    **Defendants.**

**CIVIL ACTION NO. 5:23-CV-71-KKC**

**JUDGMENT**

\* \* \* \* \* \* \* \*

In accordance with the opinion and order enter on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Lee Vandivier's Motion for Judgment (DE 14) is DENIED;

2) The defendants' denial of Lee Vandivier's claim for permanent and total disability benefits is AFFIRMED;

3) This judgment is FINAL and APPEALABLE; and

4) This matter is DISMISED and STRICKEN from the Court's active docket.

This 20th day of March, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY